**Henry L. KING, Appellant,**

v.

**Dennis AGNIEL, Respondent.**

**No. WD 62005.**

Missouri Court of Appeals,
Western District.

June 10, 2003.

Henry L. King, Licking, pro se.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris, Andrew W. Hassell, Office of Attorney General, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

Henry L. King appeals the circuit court's judgment denying King's petition for a writ of *mandamus* against Dennis Agniel, chairman of the Board of Probation and Parole. We affirm. Rule 84.16(b).

**Jerry GATER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61992.**

Missouri Court of Appeals,
Western District.

June 10, 2003.

Ruth Sanders, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris and Andrew Mazza Follett, Office of Attorney General, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

Jerry Gater appeals the circuit court's judgment denying his motion to vacate judgment and sentence without an evidentiary hearing pursuant to Rule 24.035. We affirm. Rule 84.16(b).